Robert Smart
vs
James Henry

　　　Mr Audrain Clk S. Court

Sir—

　　You are hereby requested to issue a ca: sa: upon the Judgt entered this Term   Robert Smart vs James Henry ret. at the next term of Supreme Court for this Territory—Yours &c.　　　　　　　ROBERT SMART

Detroit   Ocr 10. 1811—

[In the handwriting of Solomon Sibley]

20. april